JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY GLAZE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FIDELITY ASSURANCE COMPANY, an Oklahoma stock corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant.<br><br>AMERICAN FIDELITY ASSURANCE COMPANY, an Oklahoma stock corporation; and DOES 1 through 10, inclusive,<br><br>    Counterclaimant,<br><br>    v.<br><br>RANDY GLAZE,<br><br>    Counterdefendant. | Case No. 5:23-CV-00552-AB-MRW<br><br>[Hon. Andre Birotte, Jr.]<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The Court having read and considered the parties' Stipulation for Dismissal, hereby **ORDERS** the above-referenced action dismissed in its entirety with prejudice as to all parties, including both the Complaint and Counterclaim. The parties are to bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 17, 2023

_____
Honorable André Birotte Jr.
United States District Judge